UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GEORGE O. MITCHELL,

                          Plaintiff,

  v.                                                                                           1:06-CV-993

COUNTY OF RENSSELAER; JACK MAHAR,
Individually and in his Capacity as the Sheriff
of the County of Rensselaer, New York; PATRICK
A. RUSSO, JR., Individually and in his Capacity
as the Undersheriff of the County of Rensselaer,
New York; ROBERT R. LOVERIDGE, Individually
and in his Capacity as the Jail Superintendent of
the County of Rensselaer, New York; and JOHN/
JANE DOE 1 through X, said names Being
Fictitious to Represent Certain Corrections Officers
Employed at the Rensselaer County Jail,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

JEFFREY L. ZIMRING, ESQ.
Attorney for Plaintiff
1683 Western Avenue
Albany, New York 12203

CARTER, CONBOY, CASE, BLACKMORE,      JAMES A. RESILA, ESQ.
  MALONEY & LAIRD, P.C.                        ERICA L. PUTNAM, ESQ.
Attorneys for Defendants                            WILLIAM J. DECAIRE, ESQ.
20 Corporate Woods Boulevard
Albany, New York 12211

DAVID N. HURD
United States District Judge

## O R D E R

     Pursuant to the oral decision of the Court, entered into the record after hearing oral

argument on June 27, 2007, in Utica and Albany, New York, it is hereby

ORDERED that

1. Defendants' motion for summary judgment is GRANTED except that the request for an award of attorneys' fees is DENIED;

2. The § 1983 claim is DISMISSED;

3. The negligence claim is DISMISSED without prejudice; and

4. The complaint is DISMISSED in its entirety.

The Clerk of the Court is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated: June 27, 2007

      Utica, New York.

United States District Judge